IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JANA MORRISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:11-CV-0038-HL |
| | ) | |
| GS DEVELOPMENT, LLC; GS DEVELOPMENT – MINI WAREHOUSES, LLC; GS DEVELOPMENT – TIFT AVENUE, LLC; GS DEVELOPMENT – VIRGINIA COMMONS, LLC; GS DEVELOPMENT – TIFT AVENUE RETAIL LEASING, LLC; GS HOSPITALITY – COURTYARD BRUNSWICK, LLC; GS HOSPITALITY – PANAMA CITY RESTAURANT, LLC; GS HOSPITALITY, LLC; GERALD L. SAPP Individually and in his official capacity, as owner and officer of the Defendant Entities; and OASIS OUTSOURCING HOLDINGS, INC., d/b/a OASIS OUTSOURCING, INC. and OASIS STAFFING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT ORDER

The Court, having been advised by the parties that they have stipulated to extend the time within which Defendants Oasis Outsourcing Holdings, Inc. and Oasis Staffing, Inc. must answer or otherwise respond to the Complaint and Demand for Trial by Jury pursuant to Local Rule 6.1, and for other good cause, hereby ORDERS that Defendants Oasis Outsourcing Holdings, Inc. and Oasis Staffing, Inc. shall have until June 2, 2011 to answer or otherwise respond to the Complaint and Demand for Trial by Jury.

ENTERED this 4th day of May, 2011.

s/ Hugh Lawson
UNITED STATES DISTRICT JUDGE