IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JANA MORRISON,

        Plaintiff,

v.

GS DEVELOPMENT, LLC, et al.,

        Defendants.

Case No. 7:11-CV-38 (HL)

**ORDER**

Before the Court is the parties' Joint Petition for Order of Dismissal with Prejudice (Doc. 23).

This is a Fair Labor Standards Act case. Plaintiff alleges that she is entitled to unpaid straight time and overtime compensation pursuant to the FLSA. "There are only two ways in which back wage claims arising under the FLSA can be settled or compromised by employees." Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352 (11th Cir. 1982). These are: (1) "a [29 U.S.C. §] 216(c) payment supervised by the Department of Labor" and (2) "a stipulated judgment entered by a court which has determined that a settlement proposed by an employer and employees, in a suit brought by the employees under the FLSA, is a fair and reasonable resulution [sic] of a bona fide dispute over FLSA provisions." Id. at 1335.

The parties have presented the Court with a settlement agreement for review and approval. Upon review, the Court approves the settlement reached between the parties. The Joint Petition for Order of Dismissal with Prejudice (Doc. 23) is granted. Plaintiff's complaint is dismissed with prejudice, with each party to bear its own costs and fees.

**SO ORDERED**, this the 2nd day of September, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh